**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7204**

---

JEFFREY BOZEMAN,

Plaintiff - Appellant,

versus

G. E. SLEMP; MAJOR BUNCH; T. J. GILLESPIE;
S. K. YOUNG; T. C. BULLOCK; J. D. NETHERLAND,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-96-613-R)

---

Submitted:  November 21, 1996        Decided:  December 6, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jeffrey Bozeman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint for failure to state a claim upon which relief can be granted as provided in 28 U.S.C. § 1915A(b)(1) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and agree that the complaint fails to state a claim upon which relief may be granted. Accordingly, we dismiss the appeal on the reasoning of the district court. Bozeman v. Slemp, No. CA-96-613-R (W.D. Va. July 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2